UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  22-cv-23640-MOORE/LOUIS

JOSEPH BEVILACQUA,

      Plaintiff,

v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

      Defendant.

_____)

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOSEPH BEVILACQUA, and Defendant, UNITED OF OMAHA LIFE INSURANCE COMPANY, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: January 10, 2023


By*:  /s/ Alexander Palamara*
ALEXANDER PALAMARA, ESQ.
Fla. Bar No. 0037170
Dell & Schaefer
Attorneys for Plaintiff
2404 Hollywood Blvd.
Hollywood, FL 33020
Ph.(954) 620-8300
Fax (954)922-6864
Alex@diattorney.com

By*:  /s/ Wendy L. Furman*
WENDY L. FURMAN, ESQ.
Fla. Bar No. 0085146
DANIELLE E. SHURE, ESQ.
Fla. Bar No. 118911
McDowell & Hetherington LLP
Attorneys for Defendant
2385 N.W. Executive Center Drive, Ste 400
Boca Raton, FL 33431
Ph.(561) 994-4311
Fax: (561)982-8985
wendy.furman@mhllp.com
Danielle.shure@mhllp.com